UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Jerome Johnson and                ORDER ALLOWING HOMESTEAD
Barbara Sue Johnson,                   EXEMPTION

             Debtors.                  BKY 04-43221

At Minneapolis, Minnesota, November 3, 2009.

This case came on for trial on the trustee's objection to the debtors' claim of exemption for their homestead. Andrea M. Hauser appeared on behalf of the trustee and John D. Lamey, III, and Elaine D.W. Wise appeared on behalf of the debtors.

Based on findings of fact and conclusions of law stated orally and recorded in open court,

IT IS ORDERED:

1. The trustee's objection to the debtors' homestead exemption claim is overruled.

2. The debtors' homestead exemption is allowed.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/03/2009*
Lori Vosejpka, Clerk, by LMH